# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**
MAY 16 2002

| | | |
|---|---|---|
| LUIS ARELLANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETAN INDUSTRIES, INC., d/b/a CREDIT PROTECTION ASSOCIATION, and PRIME CABLE OF CHICAGO, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 97 C 8512<br>Judge Gettleman |
| CINDY WALSH,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.; ETAN GENERAL, INC.; ETAN INDUSTRIES, INC., and PRIME CABLE OF CHICAGO, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 98 C 5753 |
| PRESTON EPPS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETAN INDUSTRIES INC., d/b/a | ) ) ) ) ) ) ) ) ) ) ) | 97 C 8770 |

Judge Robert W. Gettleman
United States District Court

**DOCKETED**
JUN 10 2002



105

CREDIT PROTECTION ASSOCIATION, )
and BLOCKBUSTER VIDEOS, INC., )
d/b/a BLOCKBUSTER ENTERTAINMENT )
)
    Defendants. )

JERRY DOMICO, )
)
    Plaintiff, )  98 C 1912
)
v. )
)
)
ETAN INDUSTRIES, INC., d/b/a )
CREDIT PROTECTION ASSOCIATION )
and TCI OF ILLINOIS, INC., )
)
    Defendants. )

## NOTICE OF MOTION

**TO:** David M. Schultz
   Robert Muriel
   HINSHAW & CULBERTSON
   222 N. LaSalle St., Suite 300
   Chicago, IL 60601-1081

  **PLEASE TAKE NOTICE** that on May 22, 2002 at 9:15 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Gettleman in Room 1703 of the Dirksen Federal Building, Chicago, Illinois and there and then present **PLAINTIFFS' MOTION TO ENFORCE CLASS SETTLEMENT**, a copy of which is attached.

                         /s/ Cathleen M. Combs
                         Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC

G:\2500\CREDIT-2.597\PLEADING\not mtn enforce

Robert J. Adams
ROBERT J. ADAMS & ASSOCIATES
105 W. Madison Street, Suite 1100
Chicago, Illinois 60602
(312) 346-0100
(312) 346-6228 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, certify that on May 16, 2002, a copy of this notice and the document referred to herein along with a copy of the complaint were served by mail and fax the party to whom this notice is addressed.

_____
Cathleen M. Combs

G:\2500\CREDIT-2.597\PLEADING\not mtn enforce

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS ARELLANO,<br>on behalf of<br>himself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETAN INDUSTRIES, INC., d/b/a<br>CREDIT PROTECTION ASSOCIATION,<br>and PRIME CABLE OF<br>CHICAGO, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 97 C 8512<br>~~Judge~~ Gettleman |
| CINDY WALSH,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION,<br>L.P.; ETAN GENERAL, INC.; ETAN<br>INDUSTRIES, INC., and PRIME<br>CABLE OF CHICAGO, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 98 C 5753 |
| PRESTON EPPS,<br>on behalf of himself<br>and all others similarly<br>situated,<br><br>Plaintiff,<br><br>v.<br><br>ETAN INDUSTRIES INC., d/b/a<br>CREDIT PROTECTION ASSOCIATION,<br>and BLOCKBUSTER VIDEOS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 97 C 8770 |

FILED
MAY 1 6 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
JUN 1 0 2002

105

|  |  |
|---|---|
| d/b/a BLOCKBUSTER ENTERTAINMENT | ) |
| Defendants. | ) |
| JERRY DOMICO, | ) |
| Plaintiff, | ) 98 C 1912 |
| v. | ) |
| ETAN INDUSTRIES, INC., d/b/a CREDIT PROTECTION ASSOCIATION and TCI OF ILLINOIS, INC., | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO ENFORCE CLASS SETTLEMENT

Plaintiffs respectfully request that the Court enter an order requiring defendant, Credit Protection Association, to immediately pay the monies still owing under the settlement agreement in this case to plaintiffs' counsel.

In support of this motion plaintiffs state as follows:

1. On November 3, 1999, this Court finally approved a class settlement agreement in the above case (Exhibit A).

2. The settlement agreement provided the defendant, Credit Protection Association, would pay the cost of administrating the notice and distributing the settlement checks (Exhibit B, Page 8, Paragraph 3).

3. Despite repeated requests to defendant's council (Exhibit C), Credit Protection Association has failed to reimburse Edelman, Combs & Latturner, LLC $27,272.25 in notice and administration costs.

G:\2500\CREDIT-2.597\PLEADING\mtn enforce class settlement

WHEREFORE, plaintiffs respectfully request that this Court enter an order requiring defendant, Credit Protection Association, to immediately pay the $27,272.25 still owing un the Agreement to plaintiff's counsel.

Respectfully submitted,

*Cathleen M. Combs*

Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle, 18th Floor
Chicago, Illinois 60603
(312)739-4200
(312)419-0379(FAX)
Atty No. 12775

# SEE CASE FILE FOR EXHIBITS